In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as 500 Ocean Avenue, in the Borough of Brooklyn, County of Kings, City and State of New York, Securing Mortgage Investments

Issued and Guaranteed by Lawyers Mortgage Company, under Mortgage No. 200, 637. BLINRIG REALTY CORPORATION, Appellant; TITLE GUARANTY AND TRUST COMPANY and MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondents. — In proceedings before the court in respect to a certificated mortgage in which a trustee has been appointed, a motion by the owner to be reinstated as managing agent was denied. Order affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.